# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:23-mj-322-KFW |
| MICHAEL HALL | |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

1. I am a Task Force Officer with the Federal Bureau of Investigation (FBI). I have been in this position since June 2015, and I have been a Task Force Officer in FBI's Boston Division since January 2018. I am also a Border Patrol Agent with the U.S. Border Patrol and have been in this position since December 2009. I have received extensive training pertaining to narcotic investigations, firearms, government fraud, and various other state and federal crimes.

2. In my career I have utilized various investigative tools and techniques to include the use of search warrants.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. I make this affidavit in support of a criminal complaint charging Michael Hall with one count of Theft of Government Property in violation of Title 18, United States Code, Section 641.

## SHOWING OF PROBABLE CAUSE

4. Between 4:00 a.m. on June 14, 2023 and 4:00 p.m. on June 19, 2023, a residential burglary occurred in Bowdoin, Maine ("the Residence"). During said burglary numerous pieces of United States Government Property, specifically belonging

to The United States Customs and Border Protection, were stolen. The Residence is a single family home located in a rural area of Maine.

5. On June 19, 2023, at 4:19 p.m., Sagadahoc County Patrol Corporal Ian Alexander was asked by Sagadahoc Emergency Communications to respond to the Residence for the report of a burglary. Upon Corporal Alexander's arrival he met with the complainants, Person 1, and Person 1's wife, Person 2. Person 1 and 2 explained to Corporal Alexander they had departed the Residence on Wednesday, June 14, 2023, to travel to Tennessee to visit family. They departed the Residence at approximately 4:00 a.m.. Persons 1 and 2 returned to the Residence at approximately 4:00 p.m. the afternoon of June 19, 2023, and upon entering the home, discovered items strewn about and items missing. Persons 1 and 2 exited the home to call 911 and await the arrival of local police.

6. Upon Corporal Alexander's arrival, he was shown into the home where it was discovered a large amount of property was stolen. Person 1 and 2 walked through the home with Corporal Alexander to determine what was missing.  At the time of the burglary, Person 1 was a U.S. Border Patrol Agent temporarily stationed in the Portland, Maine office awaiting reassignment to either the Rangely, Maine or Jackman, Maine office. Person 2 was a State Trooper for the Texas Department of Public Safety. Persons 1 and 2 relocated to Maine from Texas in April of 2023.

7. Person 1 determined that in addition to a large amount of cash and jewelry, also taken during the burglary was his government- issued U.S. Border Patrol duty weapon, duty gear to include: ballistic vest, handcuffs, flashlight, portable radio, Government-issued laptop computer, Samsung cell phone, U.S. Border Patrol badges,

and U.S. Border Patrol credentials. Two other personally owned handguns were missing, as well as approximately 600 rounds of 9-millimeter parabellum ammunition.

8. At approximately 5:46 p.m., Detective Sergeant Adam Temple of the Sagadahoc County, Maine Sheriff's Department arrived to assist with the investigation. Det. Temple began to process the crime scene with the assistance of other deputies. Det. Temple acquired a list and description of the items stolen from the home from Person 1. Of note the following pieces of United States Government Property were stolen: Border Patrol Harris portable radio with microphone, Glock model 47 US Border Patrol (USCBP) duty pistol (Serial Number DHS108153) with TLR-1 mounted light, Border Patrol body armor plate carrier with Hesco brand plates (Serial Numbers 23959 & 29747), USCBP duty belt including 2 pistol magazines, an ASP baton, flashlight, Handcuff pouch with Smith and Wesson brand handcuffs, USCBP credentials belonging to Person 1. (ID#: 133950), USCBP Badges (Serial Numbers: BPM43855 & BPM43856), Speer LE USCBP issued 9mm parabellum ammunition in a white box imprinted with "US Department of Homeland Security – Not for Resale, Dynamic Research Technologies Highly Accurate penetrating Frangible", Government issued Android Galaxy S20 cell phone (Serial Number: RFCR81D5JRX, IMEI 358122561149618), and Government-issued HP Pro Book 640 G7 laptop computer (Serial Number: 2TK0510DZV).

9. Det. Temple was advised by Person 1 that when he and Person 2 departed the Residence on June 14th, he had mistakenly left the cable down at the entrance to the driveway allowing access to the home via the driveway. Person 1 had a family friend put it back up later that morning which restricted access down the driveway to the home the remainder of their time away. The cable would be taken down briefly a few times during

their time away by the same family friend while he worked on a piece of machinery owned by Persons 1 and 2, but the cable would be put back up upon his departure. The cable was up, blocking access to the driveway upon Persons' 1 and 2 return to the Residence on June 19th.

10. A perimeter check of the home was conducted and no footprints or anything of evidentiary value was located. The home's back yard abuts a nearby stream and according to Person 1 there are multiple snowmobile/ATV trails not far behind the home. On June 20th, Det. Temple traveled the trail system using an ATV but did not locate any evidence the trails were utilized for the burglary.

11. On June 28, 2023, Det. Temple utilized NESPIN Pawn Database in an attempt to locate, by description, any of the property stolen from the Residence. Det. Temple located six pieces of jewelry, pawned by Michael J. Hall at the St. John Street, Portland, Maine Coastal Trading Post on June 20, 2023. Photos were obtained of the pawned jewelry and showed to Person 1, who positively identified a gold ring inscribed "DAD", a gold ring with four inset diamonds, an earring stud, and silver religious cross as belonging to his deceased parents.

12. Det. Temple began an investigation into Michael J. Hall and learned he is currently on four sets of Maine State bail conditions to include but not limited to: random search of person, vehicle and residence, no new criminal conduct, no possession of firearms or dangerous weapons. Michael J. Hall's bail conditions listed an address of 200 Doughty Road, Bowdoin, Maine. It was also determined Michael J. Hall is in a relationship with Jeanne I. Doughty who shares the same address of 200 Doughty Road, Bowdoin, Maine. A property search through Sagadahoc County Deeds determined the property at 200 Doughty Road, Bowdoin, Maine is owned by Harold Doughty and

Charlene Doughty. It is approximately two miles from 200 Doughty Road to the Residence.

13.   Det. Temple had unmarked units check the 200 Doughty Road address with no contact. A BOLO (be on the lookout) was put out for law enforcement agencies in an attempt to locate a black, 2015 Volkswagen Jetta (Maine P/C 6932VW), known to be operated by Jeanne I. Doughty and Michael J. Hall.

14.   At approximately 5:30am on June 29, 2023, Det. Temple was notified by Topsham Police Officer Courtney Everstone as well as Sagadahoc County Lieutenant Brian Quinn that the aforementioned Volkswagen was currently at the 200 Doughty Road, Bowdoin residence.

15.   Due to only a small percentage of stolen items being pawned and no evidence to show other items were sold elsewhere, Det. Temple believed the remaining stolen items were in the possession of Michael J. Hall and or Jeanne I. Doughty at 200 Doughty Road, Bowdoin, Maine. Det. Temple knew through experience and training that stolen property such as this can be hidden in small areas including but not limited to: vehicles, sheds, outbuildings or on a person. Based on this information, Det. Temple requested a search warrant for the property at 200 Doughty Road, Bowdoin, Maine, the vehicle registered to Doughty, and the persons of Hall and Doughty. The warrant was granted by Maine 6th District Court Judge Hon. Barbara Raimondi and executed on June 29, 2023.

16.   Prior to the execution of the search warrant Det. Temple called FBI Special Agent Dale Wengler to advise him of the stolen United States Government Property and the results of the investigation to that point. SA Wengler advised Supervisory Special

Agent Christopher Peavey of the information he received and got approval to assist in the investigation of the stolen US Government property.

17.  On June 29, 2023, SA Wengler called SA Garrett Drew and Your Affiant to advise us of the situation. Both were requested to head to Bowdoin, Maine and offer any assistance with the local police search warrant.

18.  On June 29, 2023, the search warrant was executed at 200 Doughty Road, Bowdoin, Maine by Sagadahoc County, Maine Sheriff's Deputies. The car belonging to Jeanne Doughty and the persons of Doughty and Hall were also searched. The following items stolen from the Residence were recovered during the search:

1) Red Dell laptop - when powered on this laptop displayed the name indicating ownership by "Person 1".  The battery died seconds after displaying this.

2) Gold men's ring with (4) diamonds - located on the hand of Michael Hall.

5) Tactical body armor attachments - green in color

6) Blackhawk holster - located in a laundry basket

7) Tactical body armor green in color - containing Hesco brand plates - serial numbers: 23959 & 29747

8) Soft military style canteen

9) Tactical groin plate carrier

10) Black jewelry box with charm bracelet inside among other pieces of jewelry

11) Border Patrol Badge - Serial Number: BPM43856

12) Clear plastic bin with green lid - containing miscellaneous items to include two key fobs for a Ford Edge vehicle and a Ford F-250 key, all of which were stolen from the Residence.

13) Miscellaneous items to include: a Premier brand LEO knife with

Department of Public Safety Texas Highway Patrol insignia, Smith and Wesson handcuffs, cork pouch containing a gold ring with a black center stone surrounded by diamonds with "Daimler Chrysler Gold Award", 1935 Buffalo Nickel, three bullets: 1 9mm Luger AAC - 1 9mm Blazer - 1 Speer 9mm Luger.

15) ASP baton located on the floor next to the bed

16) Flower print cardboard box containing fake I.D.s and fake Maine State Inspection Stickers

17) Red box containing many silver dollars

18) Green shoulder bag containing evidence of manufacturing fake I.D.s

19) Blue cloth bag with stars on it containing foreign coins

20) Clear plastic bag of jewelry

21) Tan Glock model 19 pellet gun with Streamlight TLR-7 mounted gun light

22) Fictitious Cape Ann Lobsterman business checks

23) Pink Coach brand purse and iPhone belonging to Jeanne Doughty - seized from Jeanne Doughty's VW Jetta after her arrest.[1]

19.     Of the listed items that were seized, the green tactical body armor attachments, Blackhawk holster, tactical body armor green in color - containing Hesco brand plates – serial numbers: 23959 & 29747, US Border Patrol Badge - Serial Number: BPM43856, Smith and Wesson handcuffs, 1 round of DHS Speer 9mm Luger ammunition, ASP baton, and a TLR-1 weapon mounted light, are known or presumed to be stolen United States Government property from the Residence.

---

[1] Law Enforcement officers also recovered suspected crystal methamphetamine, located on the nightstand and suspected heroin, located on the bed sheet. Additionally, agents seized an iPhone belonging to Michael Hall which was found on the bed in the bedroom. These suspected drugs and iPhone were not stolen from the Residence.

20.     While the search warrant was taking place, Michael Hall was provided his Miranda warnings and spoke to FBI Agent SA Drew and Your Affiant. Hall denied taking the recovered stolen items and said he received the items from an individual only known as "T". Hall claimed he had traded illegal drugs to "T" for the items. Hall could not provide any specific information about "T" and did not have any contact information for him on his cell phone despite saying he regularly used it to communicate with "T". Hall said he believed the items to be stolen and often traded "T" illegal drugs for "boosted" or stolen goods. Hall denied having anything to do with the actual burglary and denied any knowledge of the stolen firearms initially before saying he has seen one of them in "T"'s car. Hall said he knew he was a convicted felon and did not "mess with" firearms or ammunition because it would result in a long prison sentence.

21.     During the course of the interview, Hall asked for his cell phone which had been located in his bedroom. Hall was provided an iPhone which he said was his. This phone was eventually seized by Sagadahoc County, Maine Sheriff's as evidence during the search. At the conclusion of the search, Hall was arrested by the Sagadahoc County, Maine Sheriff's Office.

22.     On July 7, 2023, Persons 1 and 2 met with Sagadahoc County, Maine Sheriff's Det. Temple. They were able to positively identify the following US Government Property as being stolen from the Residence:

23.     Blackhawk pistol holster, green body armor vest and serialized Hesco armor plates, US Customs and Border Patrol Badge, Smith & Wesson Handcuffs, Speer 9mm parabellum DHS round of ammunition, ASP baton, and Streamlight TLR-1 weapon mounted light.

24. Persons 1 and 2 also identified several other personal and family items that had been stolen and subsequently recovered by local Sheriffs during the search warrant.

25. I have contacted a Mission Support Specialist with Customs and Border Protection and learned that the Harris Radio has a government cost of $1,400. Furthermore, I contacted the Customs and Border Protection Force Modernization Branch and learned that the plates, plate carrier, and firearm with mounted light have a total value that exceeds $1,000.

## CONCLUSION

26. I respectfully request that the Court issue a criminal complaint charging Michael Hall with one count of Theft of Government Property in violation of Title 18, United States Code, Section 641.

Jonathan A. Duquette, TFO
Federal Bureau of Investigations

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Nov 15 2023

City and state: Portland, Maine

Judge's signature

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title